**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 13, 2011 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:   **11-cr-00314-WYD**          Counsel:

UNITED STATES OF AMERICA,                John W. Burke

       Plaintiff,

v.

**2.  AREZOO ERICA GHOLIZADEH**,          Edward A. Pluss

       Defendant.

**SENTENCING**

**10:06 a.m.**   Court in Session - Defendant present (on-bond)

    **Change of Plea Hearing - Monday, November 28, 2011, at 1:30 p.m.
    Plea of Guilty - one-count Information**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

10:07 a.m.   Statement and argument on behalf of Defendant (Mr. Pluss).

10:10 a.m.   Statement on behalf of Probation (Ms. Kozak).

10:14 a.m.   Statement and argument on behalf of Government (Mr. Burke).

10:18 a.m.   Statement and argument on behalf of Defendant (Mr. Pluss).

10:32 a.m.   Statement by Defendant on her own behalf (Ms. Gholizadeh).

| | |
|---|---|
| 10:43 a.m. | Statement and argument on behalf of Government (Mr. Burke). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. No. 39), filed February 27, 2012, is **GRANTED.** |
| 10:51 a.m. | Statement and argument on behalf of Defendant (Mr. Pluss). |
| 10:52 a.m. | Statement on behalf of Probation (Ms. Kozak). |
| 10:55 a.m. | Statement on behalf of Defendant (Mr. Pluss). |
| **10:57 a.m.** | Court in Recess |
| **11:48 a.m.** | Court in Session |
| 11:48 a.m. | Statement and argument on behalf of Government (Mr. Burke). |
| 11:49 a.m. | Statement on behalf of Probation (Ms. Kozak). |
| 11:52 a.m. | Statement and argument on behalf of Defendant (Mr. Pluss). |
| **ORDERED:** | Defendant's Motion for Variance Below the Guideline Sentence (ECF Doc. No. 35), filed February 23, 2012, is **GRANTED.** |
| **ORDERED:** | Defendant is placed on **probation** for a term of **5** years. |
| **ORDERED:** | **Conditions** of **Probation** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not possess a firearm as defined in 18 U.S.C. § 921. |
| (X) | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |

|     |     |
| --- | --- |
| (X) | The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because the presentence report indicates a low risk of future substance abuse by the defendant. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Probation** are:

|     |     |
| --- | --- |
| (X) | The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence. |
| (X) | The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment. |
| (X) | The defendant shall be placed on home detention for a period of **12** months, to commence within 21 days of sentencing. During this period, the defendant shall remain at her place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephones. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer. |

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

The defendant shall make restitution to the victims and in the amounts indicated in the presentence report.

Restitution is ordered jointly and severally with the following defendant:

| Name | Case Number | Amount |
|---|---|---|
| RICHARD FRIEDMAN | 11-cr-00314-WYD-01 | $147,599.63 |

Each victim shall receive an approximately proportional payment based on the victim's share of the total loss.

The court has determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the restitution.

**ORDERED:**   Defendant shall make a $5,000.00 restitution payment not later than five (5) days from today.  Starting as of May 1, 2012, Defendant shall make monthly payments in the minimum amount of $200.00 per month toward restitution.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**12:06 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:09**